UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**LISA ANNE MARTIN**
Bk. No.
**18-31327 HLB**

**EXHIBIT A**

**TOTAL PROFESSIONAL TIME & FEES**

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT | |
|----------|-----------|-------------|-------|--------|---|
| CCM | CATHLEEN COOPER MORAN | $485.00 | 8.60 | $4,074.00 | * |
| RCM | RENEE C. MENDOZA | $485.00 | 32.85 | $14,205.25 | * |
| PRL1 | TOMMIE-LYN GRAVES | $150.00 | 2.70 | $315.00 | * |
| PRL3 | ANNE GRUGAN | $150.00 | 0.20 | $27.50 | * |

|  |  |  |
|--|--|--|
| TOTAL TIME & FEES IN THIS APPLICATION | 44.35 | $18,621.75 |
| LESS ATTORNEY FEES RECEIVED TO DATE | < | $1,000.00 > |
| TOTAL FEES REQUESTED THIS APPLICATION | | $17,621.75 |

*indicates some discounted fees

Timekeeper abbreviation in actual bills:  "AG" = Anne Grugan; "TG" = Tommie-lyn Graves

Combined Paralegal Effective Rate:        $118.10

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**LISA ANNE MARTIN**
Bk. No.
**18-31327 HLB**

**EXHIBIT B**

**CHAPTER 13 MATTER**
#  68080

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT | |
|----------|------------|------------:|------:|-------:|---|
| CCM | CATHLEEN COOPER MORAN | $485.00 | 7.30 | $3,443.50 | * |
| RCM | RENEE C. MENDOZA | $485.00 | 30.65 | $13,138.25 | * |
| PRL3 | ANNE GRUGAN | $150.00 | 0.20 | $27.50 | * |
| TOTAL TIME & FEES IN THIS MATTER | | | 38.15 | $16,609.25 | |

*indicates some discounted fees

Timekeeper abbreviation in actual bill: "AG" = Anne
Grugan

# MORAN LAW GROUP, INC.

643 Bair Island Road
Suite 403
Redwood City, CA 94063

Ph: 650-694-4700          Fax:650-368-4818

Lisa Martin                                                    Sep 17, 2020
3513 Broadview Court
San Mateo, CA 94403

File #:          68080
Inv #:          16493

RE:    CHAPTER 13

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|------|-------------|-------|--------|-------|
| Feb-15-19 | Two phone calls regarding discussion on substituting and issues to address. | 0.50 | 242.50 | RCM |
| Feb-19-19 | Telephone call with client (2 calls) regarding schedules and substituting into case. | 0.70 | 339.50 | RCM |
| Feb-21-19 | Email to client regarding tax returns. | 0.10 | 48.50 | RCM |
| Feb-26-19 | Meet with Client. | 1.50 | 727.50 | CCM |
| | Exchange emails with Trustee regarding continuance. | 0.10 | 48.50 | CCM |
| | Emails from client regarding additional information. | 0.10 | 48.50 | CCM |
| | Email to BMW counsel regarding surrender. | 0.10 | 48.50 | CCM |
| Feb-27-19 | Multiple email exchanges with client re docs for trustee; draft fax to trustee in response to doc request | 0.50 | 242.50 | CCM |
| | Multiple email exchanges with client re budget, and expenses | 0.10 | 48.50 | CCM |
| Feb-28-19 | Receive and review invoices on side gig prepetition; exchange emails re additional information needed | 0.10 | 48.50 | CCM |
| | Email to trustee staff re alleged discrepancies in mailing matrix | 0.10 | 48.50 | CCM |
| | Draft representation agreement for entering pending Chapter 13 case | 0.20 | 0.00 | CCM |
| | Review payment history from first case, analyze priority tax claims in the current case | 0.40 | 194.00 | CCM |
| Mar-01-19 | Telephone call from client re tax preparation, old EIN number | 0.20 | 97.00 | CCM |

| | | | | |
|---|---|---|---|---|
| | Draft amended means test; email tentative results to client | 1.00 | 485.00 | CCM |
| Mar-04-19 | Multiple email exchanges re taxes and medical expenses and plan payments | 0.10 | 48.50 | CCM |
| | Receive and review docket entry on continued meeting; email exchange with client re same | 0.10 | 48.50 | CCM |
| Mar-05-19 | Email to question about period covered by bonus received in July | 0.10 | 48.50 | CCM |
| | Multiple emails exchanges with client re payments and surrender of vehicle; fax authorization to BMW with letter requesting response | 0.20 | 97.00 | CCM |
| | Input from client on bonus period and revise means test | 0.10 | 48.50 | CCM |
| | Draft Income declarations and tax declaration. ☐ | 1.00 | 125.00 | RCM |
| | Email with client regarding taxes and email to and from CCM regarding case strategy. | 0.10 | 48.50 | RCM |
| | Draft Declarations for 2015 and 2016 tax returns. (AG) | 0.10 | 12.50 | PRL3 |
| Mar-06-19 | Draft opposition and points and authorities to motion to dismiss | 0.40 | 194.00 | CCM |
| | Draft non opp to motion for relief from stay | 0.25 | 121.25 | CCM |
| | Telephone call with BMW about surrendering the vehicle and email to client. | 0.30 | 145.50 | RCM |
| Mar-20-19 | Review means test, make provision for 2018 taxes in MT, exchange multiple emails with client re expenses and taxes | 0.50 | 242.50 | CCM |
| Mar-28-19 | Review means test numbers; review income and budget and exemptions and calculate what needs to be paid in a Chapter 13 case. | 4.00 | 1,700.00 | RCM |
| Mar-29-19 | Review paystubs from second job and emails from client. Review Schedule I and J and revise same. | 1.00 | 125.00 | RCM |
| | Confer with CCM regarding priority tax numbers and amend means test and revise Schedule I and J | 1.00 | 485.00 | RCM |
| | Draft Amended Creditor Matrix. | 1.00 | 150.00 | RCM |
| | Review Trustee's Proof of Claim and notice discrepancy between secured claim in previous case and this case. | 0.30 | 145.50 | RCM |
| | Several calculations of plan numbers given the IRS claim and step up payment plan. Email to client regarding the same. | 1.00 | 485.00 | RCM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Draft Plan and Section 7 Addendum. | 1.00 | 485.00 | RCM |
| | Email to Trustee regarding a section of the plan. | 0.10 | 48.50 | RCM |
| Apr-01-19 | Several emails with client about vehicles and what is listed in schedules as filed. | 0.20 | 97.00 | RCM |
| Apr-02-19 | Meet with client and review schedules, plan, and means test and discuss plan payments and 341 meeting. | 0.70 | 339.50 | RCM |
| Apr-04-19 | Email to client regarding wage claim and to ccm regarding the same. | 0.10 | 48.50 | RCM |
| | Telephone call to IRS regarding the two claims filed in each case. | 0.10 | 48.50 | RCM |
| Apr-10-19 | Meet with client and review 341 meeting protocols | 0.20 | 97.00 | RCM |
| | Draft Amended Schedules Coversheets. | 0.30 | 145.50 | RCM |
| Apr-11-19 | Appear at 341 Meeting and travel to and from hearing. Meet with client after meeting and discuss remaining issues to be addressed. | 2.50 | 1,212.50 | RCM |
| Apr-12-19 | Email to client about additional creditors and accountants names. | 0.20 | 97.00 | RCM |
| Jun-03-19 | Several emails on amendments to be made in case. | 0.50 | 242.50 | RCM |
| | Recalculate plan numbers in light of secured tax claim and value of property. | 1.00 | 485.00 | RCM |
| | Draft new plan. Amend Section 7 of the plan. | 0.50 | 242.50 | RCM |
| | Amend Schedule A/B and Schedule J | 0.60 | 291.00 | RCM |
| | Amend Voluntary Petition to add correct names. | 0.30 | 145.50 | RCM |
| | Draft Declaration re Tax Returns | 0.20 | 97.00 | RCM |
| | Draft Schedule E/F. | 0.50 | 242.50 | RCM |
| | Input SOFA for Amendments. | 0.50 | 62.50 | RCM |
| Jun-05-19 | draft opposition to dismissal and dec in support☐ | 0.40 | 194.00 | CCM |
| | Input original SOFA. Add closed bank accounts to SOFA | 0.50 | 62.50 | RCM |
| | Draft Creditor Matrix. | 0.20 | 97.00 | RCM |
| | Draft Cover Pleadings for all amended schedules and for client signature. | 0.20 | 25.00 | RCM |

| Jun-07-19 | Meet with client, review amendments and discuss BMW claim and continuing letters from creditors. | 1.00 | 485.00 | RCM |
|---|---|---|---|---|
| Jun-10-19 | Telephone call with client regarding monthly payment. | 0.20 | 97.00 | RCM |
| Jun-14-19 | Read Trustee's additional issues; email to Trustee regarding business; review business questionnaire and confer with CCM regarding side work and what is a business?  Further emails with Trustee regarding rental deposit | 1.00 | 485.00 | RCM |
| | Amend Voluntary Peititon and SOFA | 1.00 | 485.00 | RCM |
| Jun-17-19 | Telephone call with client regarding amendments. | 0.30 | 145.50 | RCM |
| Jun-18-19 | Edit SOFA | 0.10 | 48.50 | RCM |
| | Telephone call to IRS regarding value of personal property. | 0.10 | 48.50 | RCM |
| Jun-19-19 | Telephone call with IRS regarding value of personal property | 0.20 | 97.00 | RCM |
| | Draft letter to IRS regarding value of personal property and email re: same. | 0.20 | 97.00 | RCM |
| | Meet with client regarding signing amended schedules. | 0.20 | 97.00 | RCM |
| Jun-26-19 | Revise Chapter 13 plan in light of amended claim. | 0.10 | 48.50 | RCM |
| Jun-28-19 | Telephone call with client regarding Chapter 13 plan payments. | 0.30 | 145.50 | RCM |
| Jul-09-19 | Read Tax Notices | 0.20 | 97.00 | RCM |
| | Several emails with client about plan payment and tax notices. | 0.30 | 145.50 | RCM |
| Jul-19-19 | Email to and from client regarding plan payments and tax issues. | 0.20 | 97.00 | RCM |
| Jul-22-19 | Several emails regarding plan payment. | 0.10 | 48.50 | RCM |
| Jul-29-19 | Telephone call with client regarding getting current with the Trustee. | 0.20 | 97.00 | RCM |
| Aug-17-19 | Emails with client regarding confirmation of plan. | 0.05 | 24.25 | RCM |
| Aug-22-19 | Several emails to and from client regarding plan payments and surgery and confirmation of plan. | 0.30 | 145.50 | RCM |
| Aug-23-19 | Email to and from client regarding claims being paid and legal fees owed and confirmation of plan. | 0.20 | 97.00 | RCM |

| Date | Description | | | |
|------|-------------|---|---|---|
| | Several emails with client regarding expense going forward. | 0.20 | 97.00 | RCM |
| Oct-31-19 | Email to and from client regarding lack of plan payments. | 0.20 | 97.00 | RCM |
| Nov-07-19 | Telephone call from client regarding accessing the Trustee's websitte to look up any information on actions towards dismissal of case by the Trustee. (AG) | 0.10 | 15.00 | PRL3 |
| Nov-21-19 | Several emails with client regarding modification. | 0.20 | 97.00 | RCM |
| Jan-24-20 | Draft Modification | 0.50 | 242.50 | RCM |
| | Draft Notice | 0.30 | 145.50 | RCM |
| | Draft Amended Plan. | 0.30 | 145.50 | RCM |
| Apr-03-20 | Draft Order Modifying Plan. | 0.30 | 145.50 | RCM |
| Aug-12-20 | Recalculate plan numbers to have plan go out 7 years. | 0.70 | 339.50 | RCM |
| | Email to client regarding modified plan terms. ☐ | 0.10 | 48.50 | RCM |
| Sep-16-20 | Estimated time to telephonically appear at hearing for Fee Application. | 0.75 | 363.75 | CCM |
| | Estimated time to draft order regarding Fee Application. | 0.20 | 97.00 | RCM |
| | Totals | 38.15 | $16,609.25 | |

## DISBURSEMENTS

| Date | Description | Disbursements | Receipts |
|------|-------------|---------------|----------|
| Feb-26-19 | Ck # 1366 | | 1,000.00 |
| Feb-28-19 | PHOTOCOPIES | 0.40 | |
| | POSTAGE | 0.50 | |
| | PACER ELECTRONIC DOCKET | 4.90 | |
| Mar-31-19 | PHOTOCOPIES | 6.20 | |
| | PACER ELECTRONIC DOCKET | 7.70 | |
| Apr-03-19 | FILING FEE (Amend Matrix) | 31.00 | |
| Apr-10-19 | FILING FEE (Amend Schedules D & E/F) | 31.00 | |

| Date | Description | | |
|---|---|---|---|
| Apr-11-19 | PARKING (Cont. 341) | 3.00 | |
| | BART (Cont. 341) | 8.40 | |
| Apr-30-19 | PHOTOCOPIES | 113.00 | |
| | POSTAGE | 59.35 | |
| | PACER ELECTRONIC DOCKET | 11.10 | |
| Jun-07-19 | FILING FEE (Amend Schedule E/F) | 31.00 | |
| Jun-30-19 | POSTAGE | 71.55 | |
| | INCOMING FAXES | 1.20 | |
| | PACER ELECTRONIC DOCKET | 0.10 | |
| | PHOTOCOPIES | 196.00 | |
| Aug-31-19 | POSTAGE | 2.05 | |
| Sep-30-19 | POSTAGE | 7.35 | |
| | PACER ELECTRONIC DOCKET | 0.80 | |
| Jan-31-20 | PACER ELECTRONIC DOCKET | 1.50 | |
| Apr-15-20 | PARKING | 3.00 | |
| | BART | 9.30 | |
| May-31-20 | POSTAGE | 2.50 | |
| Sep-16-20 | COURT CONFERENCE CALL (Fee Application Hearing) | 22.50 | |
| | Totals | $625.40 | $1,000.00 |
| | **Total Fees, Disbursements** | | **$16,234.65** |
| | Previous Balance | | $0.00 |
| | Payments applied to previous balance | | $0.00 |
| | **Balance Due Now** | | **$16,234.65** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**LISA ANNE MARTIN**
Bk. No.
**18-31327 HLB**

**EXHIBIT C**

**CLAIMS MATTER**
# 68081

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| CCM | CATHLEEN COOPER MORAN | $485.00 | 0.30 | $145.50 |
| | TOTAL TIME & FEES IN THIS MATTER | | 0.30 | $145.50 |

# MORAN LAW GROUP, INC.

643 Bair Island Road
Suite 403
Redwood City, CA 94063

Ph: 650-694-4700          Fax: 650-368-4818

---

Lisa Martin                                      Sep 17, 2020
3513 Broadview Court
San Mateo, CA 94403

|                    |          |
|--------------------|----------|
| File #:            | 68081    |
| Inv #:             | 16494    |

RE:    CLAIMS

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|------|-------------|-------|--------|-------|
| Mar-04-19 | Pull down and analyze claims of BMW and FTB | 0.10 | 48.50 | CCM |
| Apr-08-19 | Telephone call from IRS re discrepancy between secured claims in two cases | 0.20 | 97.00 | CCM |
| | Totals | 0.30 | $145.50 | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$145.50** |
| Previous Balance | $0.00 |
| Payments applied to previous balance | $0.00 |
| **Balance Due Now** | **$145.50** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**LISA ANNE MARTIN**
Bk. No.
**18-31327 HLB**

**EXHIBIT D**

**PLAN MODIFICATION MATTER**
#  68082

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT |
|----------|------------|------------:|------:|-------:|
| RCM | RENEE C. MENDOZA | $485.00 | 1.90 | $921.50 |
| | TOTAL TIME & FEES IN THIS MATTER | | 1.90 | $921.50 |

# MORAN LAW GROUP, INC.

643 Bair Island Road
Suite 403
Redwood City, CA 94063

Ph: 650-694-4700          Fax:650-368-4818

---

Lisa Martin                                                      Sep 17, 2020
3513 Broadview Court
San Mateo, CA 94403

| | | | File #: | 68082 |
| | | | Inv #: | 16495 |

RE:    PLAN MODIFICATIONS

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|------|-------------|-------|--------|-------|
| Jan-21-20 | Several emails to client regaridng plan modification. | 0.20 | 97.00 | RCM |
| Jan-22-20 | Several emails about paystub and being paid weekly. | 0.20 | 97.00 | RCM |
| Jan-28-20 | Draft declaration regarding plan modification | 0.30 | 145.50 | RCM |
| | Draft Amended Schedule I and J. | 0.50 | 242.50 | RCM |
| | Email to and from client regarding Amended Plan. | 0.10 | 48.50 | RCM |
| Mar-04-20 | Several emails to and from client regarding plan modification and payment to the chapter 13 Trustee. | 0.20 | 97.00 | RCM |
| | Several additional emails about making plan payments. | 0.20 | 97.00 | RCM |
| Apr-21-20 | Several emails regarding plan payments. | 0.20 | 97.00 | RCM |
| | Totals | 1.90 | $921.50 | |

| DISBURSEMENTS | | Disbursements | Receipts |
|---------------|--|---------------|----------|
| Jan-31-20 | PHOTOCOPIES | 138.60 | |
| | POSTAGE | 93.90 | |
| Feb-24-20 | PHOTOCOPIES | 150.00 | |
| | POSTAGE | 69.30 | |

| Date | Description | | |
|------|-------------|---|---|
| Mar-31-20 | PHOTOCOPIES | 0.60 | |
| Apr-30-20 | PACER ELECTRONIC DOCKET | 0.40 | |
| May-31-20 | PHOTOCOPIES | 5.60 | |
| | Totals | $458.40 | $0.00 |
| | **Total Fees, Disbursements** | | **$1,379.90** |
| | Previous Balance | | $0.00 |
| | Payments applied to previous balance | | $0.00 |
| | **Balance Due Now** | | **$1,379.90** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**LISA ANNE MARTIN**
Bk. No.
**18-31327 HLB**

**EXHIBIT E**

**FEE APP PREPARATION**
# 68080F

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| CCM | CATHLEEN COOPER MORAN | $485.00 | 1.00 | $485.00 |
| RCM | RENEE C. MENDOZA | $485.00 | 0.30 | $145.00 * |
| PRL1 | TOMMIE-LYN GRAVES | $150.00 | 2.70 | $375.00 * |
| | TOTAL TIME & FEES IN THIS MATTER | | 4.00 | $1,005.00 |
| | LESS DISCOUNT | | < | $60.00 > |
| | TOTAL FEES REQUESTED THIS APPLICATION | | | $945.00 |

*indicates some discounted fees

Timekeeper abbreviation in actual bill:  "TG" = Tommie-lyn Graves

# MORAN LAW GROUP, INC.

643 Bair Island Road
Suite 403
Redwood City, CA 94063

Ph: 650-694-4700          Fax:650-368-4818

---

Lisa Martin                                         Sep 17, 2020
3513 Broadview Court
San Mateo, CA 94403

|                   |              |
|-------------------|--------------|
| File #:           | 68080F       |
| Inv #:            | 16496        |

RE:   FEE APP PREPARATION

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|------|-------------|-------|--------|-------|
| Jan-28-20 | Draft fee app narrative | 1.00 | 485.00 | CCM |
| Aug-13-20 | Review the open calendar for Fee Application date and time. Calendar the target date to notice the Fee Application. TG | 0.20 | 0.00 | PRL1 |
|  | Draft exhibits to Fee Application. TG | 0.80 | 120.00 | PRL1 |
|  | Draft Fee Application, less the legal narrative. TG | 1.10 | 165.00 | PRL1 |
|  | Draft notice, letter to client, and debtor declaration for Fee Application. TG | 0.60 | 90.00 | PRL1 |
| Aug-14-20 | Final review and revise of Fee Application. | 0.30 | 145.50 | RCM |
|  | Totals | 4.00 | $1,005.50 | |

| DISBURSEMENTS |  | Disbursements | Receipts |
|---------------|--|---------------|----------|
| Aug-13-20 | PHOTOCOPIES | 50.00 | |
|  | POSTAGE | 32.00 | |
|  | Totals | $82.00 | $0.00 |

| | |
|---|---|
| **Total Fees, Disbursements** | **$1,087.50** |
| Previous Balance | $0.00 |
| Payments applied to previous balance | $0.00 |
| **Balance Due Now** | **$1,087.50** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**LISA ANNE MARTIN**
No.
**18-31327 HLB**

**EXHIBIT F**

**EXPENSE SCHEDULE**

| | |
|---|---:|
| Cost of Copies | $660.40 |
| ( 3302 copies @ $0.20/copy) | |
| Cost of Postage | $338.50 |
| Court Filing Fees | $93.00 |
| Court Conference Call | $22.50 |
| Facsimilies | $1.20 |
| ( 6 pages @$0.20/page) | |
| Overnight Mail | $17.70 |
| PACER - Electronic Docket | $26.50 |
| Parking | $6.00 |
| Total Expenses in this Application | $1,165.80 |
| Reimbursed | < $0.00 > |
| Total Unreimbursed Expenses | $1,165.80 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**LISA ANNE MARTIN**
Bk. No.
**18-31327 HLB**


**EXHIBIT G**


**TRANSMITTAL LETTER TO DEBTOR**

# MORAN LAW GROUP

643 Bair Island Road, Suite 403
Redwood City, CA 94063
Telephone: 650-694-4700   Facsimile: 650-368-4818
www.moranlaw.net

**Cathleen Cooper Moran***
**Renée C. Mendoza**

*Certified Specialist, Bankruptcy Law,
The State Bar of California
Board of Legal Specialization

**August 14, 2020**

Lisa Kent Martin
3513 Broadview Court
San Mateo, CA 94403

Dear Ms. Martin:

The Representation Agreement that we entered into at the commencement of our representation of you provided for a retainer of $1,000.00. We discussed, and the Representation Agreement reflected, that Court approval for payment of our fees would be required.

Accordingly, I am preparing to apply to the Court for approval of our fees which, upon approval, will be paid by the trustee from the payments you make monthly into the plan. Approval of the fees and costs sought will require a modification of your plan.

The court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing. Accordingly, I have enclosed the Application as I propose to file it.

Please review it and contact me with any questions or disputed entries.

If the Application is acceptable as prepared, please sign and return the enclosed Declaration in the self addressed envelope provided. That will enable me to timely comply with the local requirements.

Very truly yours,

RENÉE C. MENDOZA
Encls.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3
Bankruptcy of
**LISA ANNE MARTIN**
Bk. No.
**18-31327 HLB**


**EXHIBIT H**


**PARALEGAL RESUMES**

# ANNE GRUGAN

MORAN LAW GROUP, INC.
643 BAIR ISLAND ROAD,
SUITE 403
REDWOOD CITY, CA 94063
(650) 694-4700

## EDUCATION

Bachelors of Arts - Sociology
University of Southern California, Los Angeles, California

## EXPERIENCE

| | |
|---|---|
| 12/03 - present | **MORAN LAW GROUP, INC., REDWOOD CITY, CA**<br>Senior Paralegal. Responsibilities include organization and preparation of fee applications; preparation of Monthly Operating Report; preparation of Debtor Ch.7, 11 & 13 Petitions; collection and analysis of factual information; accounting and bookkeeping tasks; document production for court filing; production of correspondence; appointment scheduling for attorneys. |
| 04/00-07/03 | **ALLOY VENTURES INC., PALO ALTO, CA**<br>Accounting Administrator. Managed all aspects of cash transactions on more than 40 bank accounts, including accounts payable, accounts receivable, capital contributions to partnerships, venture capital investment allocations and disbursements, monthly reconciliations and supporting schedules. Prepared credit line advance and pay down request, quarterly journal entries, supporting schedules and financial statements. Discussed investment closing matters with attorneys and other involved parties. |
| 03/99-04/00 | **PALO ALTO DAILY NEWS, PALO ALTO, CA**<br>Accountant. Accounts receivable, collections, billing, customer service, prepared reports, balanced petty case and audited sales and classified staff's work. |
| 12/94-03/99 | **CALIFORNIA FEDERAL BANK, PALO ALTO, CA**<br>Financial Services Representative/Broker. Supervised Teller and New Accounts staff as well as counseled business persons and individuals on bank products and brokerage investments. Received 4 promotions and 9 pay increases during the years at Glendale/Cal Fed. |

**TOMMIE-LYN GRAVES**

---

MORAN LAW GROUP, INC.
643 BAIR ISLAND ROAD,
SUITE 403
REDWOOD CITY, CA 94063
(650) 694-4700

## EDUCATION

| | |
|---|---|
| 01/2011-<br>01/2013 | AAS- Paralegal Studies<br>Heald College, Milpitas, CA |
| 03/2013-<br>01/2014 | AAS- Criminal Justice<br>Heald College, Milpitas, CA |
| 01/2014-<br>07/2015 | AA- Legal Studies<br>Heald College, Milpitas, CA |

## EXPERIENCE

| | |
|---|---|
| 07/2016 -<br>present | MORAN LAW GROUP, INC., REDWOOD CITY, CA<br>Paralegal. Responsibilities include organization and preparation of fee applications; preparation of Debtor Ch.7 & 13 Petitions; collection and analysis of factual information; document production for court filing; production of correspondence; appointment scheduling for attorneys. Other responsibilities include mail, fax and e-file of client case documents, organizing and updating various client files and binders, and participating in office billing. |
| 01/2015 -<br>06/2016 | LAW OFFICE OF VICTORIA LI, USA, SAN JOSE, CA<br>Paralegal. Scheduled and calendared clients.<br>Drafted Estate Plans, Trusts and Wills. Assisted in front desk jobs. Client communication. Printing and signing of documents for clients. Drafted fee agreements. Billing of completed clients. |
| 01/2012-<br>01/2013 | LAW OFFICE OF MATHEW JENSEN, SUNNYVALE, CA<br>Paralegal. Scheduled and calendared clients. Assisted in hearings with the Attorney. Reviewed documentation, client communication. Drafted family law documents and filed with courts. Kept social media current for new clientele. |