```
MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: ccmoran@moranlaw.net

Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | |
|---|---|
| In Re: | Chapter 13 |
| LISA ANNE MARTIN, | Bankruptcy No. 18-31327 |
| Debtor. | Date: September 16, 2020<br>Time: 11:10 A.M.<br>Place: By Telephone or Video<br>HON. HANNAH L. BLUMENSTIEL |

**DECLARATION OF LISA ANNE MARTIN**
**IN SUPPORT OF APPLICATION FOR COMPENSATION**
**BY ATTORNEY FOR DEBTOR**

I, Lisa Anne Martin hereby declare as follows:

1. I am the above-captioned debtor. I make this declaration of my own personal knowledge and if called as a witness could and would competently testify thereto.

2. I have read the Application for Fees filed by Moran Law Group, Inc. and the billing statements attached and approve the Application as requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 08/18/2020            /s/ Lisa Anne Martin
                             Lisa Anne Martin

Case: 18-31327   Doc# 95   Filed: 08/20/20   Entered: 08/20/20 11:53:44   Page 1 of 1